UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPHINE TELL,

                       Petitioner,

          -v-

9 WEST 73RD STREET LLC, *et al.*,

                       Respondents.

24-CV-1045 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    A telephone conference was held on May 21, 2024.  For the reasons stated on the record during the telephone conference, the petition at ECF No. 1 is dismissed.

    The Clerk of Court is directed to close this case.

    SO ORDERED.

Dated: May 21, 2024
       New York, New York

                                            _____
                                               J. PAUL OETKEN
                                             United States District Judge